

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2024

**BY ECF**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States v. Timothy Glover,</u> 23 Cr. 438 (NRB)

Dear Judge Buchwald:

      The Government writes respectfully to request that the Court direct the U.S. Pretrial Services Office to provide a copy of any Pretrial Services report concerning defendant Timothy Glover to the mental health professionals evaluating the defendant at the Devens Federal Medical Center ("FMC Devens"), where the defendant was recently relocated to pursuant to the Court's Order, dated December 27, 2023 (Dkt. No. 12). FMC Devens has requested a copy of any Pretrial Services report as part of the defendant's evaluation, but Pretrial Services has indicated that it is unable to provide such reports absent an order of the Court. The Government has conferred with defense counsel, who consents to this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Sarah L. Kushner
      Assistant United States Attorney
      (212) 637-2676

SO ORDERED.

_____
HONORABLE NAOMI REICE BUCHWALD