

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2025

**BY ECF AND EMAIL**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>United States v. Timothy Glover,</u> 23 Cr. 438 (NRB)

Dear Judge Buchwald:

    The Government respectfully requests, on behalf of both parties, that the Court adjourn the conference scheduled for January 28, 2025, until February 6, 2025, at 4 p.m., to allow the parties to continue to discuss a potential pretrial resolution of this case.

    The Government respectfully requests that the time between today and February 6, 2025, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

```
Application granted.  The Court
will hold a status conference on
February 6, 2025 at 4:00 P.M.
The Court excludes time under
the Speedy Trial Act until
February 6, 2025.  See 18 U.S.C.
§ 3161(h)(7)(A).
SO ORDERED.
```

*[Signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   January 27, 2025
        New York, New York